UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

vs.

$4,010.00 in U.S. Currency seized from
Express Mail Parcel EI1256805761US,

    Defendant.

Case No. 3:16CV32

Judge Walter H. Rice

## DEFAULT JUDGMENT IN A CIVIL CASE
## AND DECREE OF FORFEITURE OF DEFENDANT

[ ] **Jury verdict.** This action came before the Court for a trial by Jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** The action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[x] **Decision by Court.** This action was decided without a trial or hearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) the United States' Motion For Default Judgment filed on April 15, 2016 is Granted (Doc. 10);

(2) the Defendant $4,010.00 in U.S. Currency seized from Express Mail Parcel EI1256805761US is hereby forfeited to the United States pursuant to 21 U.S.C. §881(a)(6);

(3) all right, title and interest in the Defendant is vested in the United States of America and no right, title or interest exists in any other person or entity, including but not limited to Potential Claimant: Reginald Dowdell;

(4) the United States or an authorized agent thereof shall dispose of the Defendant in

accordance with the law;

(5) the Court shall retain jurisdiction to enforce the terms of this Order; and

(6) this case is terminated on the docket of this Court.

_____
WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE